AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

Central Division (at Lexington)

UNITED STATES OF AMERICA

**F I L E D**

OCT 2 3 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

v.

BAAKI ABDUL MAJEED

**WITNESS AND EXHIBIT LIST**

Case Number:  5: 19-CR-139-DCR-2

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Kate K. Smith | DEFENDANT'S ATTORNEY<br>Wilvin J. Carter |
|---|---|---|
| TRIAL DATE (S)<br>October 20-23, 2020 | COURT REPORTER<br>Linda Mullen | COURTROOM DEPUTY<br>Lisa Moore |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| **W1** | | **10/20/20** | | | **Betsy Williams – anti-money laundering investigator Central Bank** |
| 22a | | 10/20/20 | X | X | 04/10/17 Wire Transfer Authorization -- Victim A Central Bank account |
| 22b | | 10/20/20 | X | X | April Checks to Fifth Third Account – Victim A Central Bank account |
| 22c | | 10/20/20 | X | X | 4/27/17 Check to Bradas D&S Services for $27,000 – Victim A Central Bank account |
| 22d | | 10/20/20 | X | X | 5/1/17 Check to Cash – Victim A Central Bank account |
| 22e | | 10/20/20 | X | X | WA State Dept of Revenue Detail (Bradas) – Victim A Central Bank account |
| 22f | | 10/20/20 | X | X | 8/8/17 wire from Bank of America to Central Bank-- Victim A Central Bank account |
| 22g | | 10/20/20 | X | X | August Checks to Majeed and Victim A -- Victim A Central Bank account |
| 22h | | 10/20/20 | X | X | WA State Dept of Revenue Detail (All Green Global) – Victim A Central Bank Acct |
| **W2** | | **10/20/20** | | | **Andrew Coyle – Staff Operations Specialist for FBI** |
| 4a | | 10/20/20 | X | X | Email exchange between Victim A and FBI Agent Joe Mounts |
| 2 | | 10/20/20 | X | X | Extract of "Nehmer" Facebook Profile & Photos |
| **W3** | | **10/20/20** | | | **Chris Darmand – Forensic Accountant for FBI** |
| 3 | | 10/20/20 | X | X | Extraction Report of texts with "Nehmer" from Victim A's phone |
| 5 | | 10/20/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant |
| **W3** | | **10/21/20** | | | **Chris Darmand – Forensic Accountant for FBI** |
| 7a | | 10/21/20 | X | X | Majeed's Cellebrite - contacts |
| 9a | | 10/21/20 | X | X | Verizon Subscriber information for Inkoom |
| 9b | | 10/21/2 | X | X | T-mobile Subscriber information for Majeed |
| 9c | | 1/21/20 | X | X | T-mobile Subscriber information for Wuupini |
| 11a | | 10/21/20 | X | X | WhatsApp record for 12533321978 (Baaki Majeed) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___7___ Pages

✎AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | CASE NO. |
|---|---|---|---|---|---|---|
| UNITED STATES | | | vs. | BAAKI ABDUL MAJEED | | 5: 19-CR-139-DCR-2 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| 11b | | 10/21/20 | X | X | WhatsApp record 233249216440 (Majeed Rafic) | |
| 11c | | 10/21/20 | X | X | WhatsApp record for 12533206781 (Wuupini) | |
| 28a | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 1 | |
| 28b | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 2 | |
| 28c | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 3 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28d | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 4 | |
| 28e | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 5 | |
| 28f | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 6 | |
| 28g | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 7 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant pg 742 | OBJ O/R |
| 28j | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 10 | |
| 28l | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 12 | |
| 28n | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 14 | |
| 26a | | 10/21/20 | X | X | Majeed WhatsApp with Ability Chat 1 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28w | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 23 | |
| 28y | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 25 | |
| 28z | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 26 | |
| 28bb | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 28 | |
| 28hh | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 34 | |
| 28ii | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 35 | |
| 28mm | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 38 | |
| 28nn | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 39 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28v | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 22 | |
| 28oo | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 40 | |
| 28dd | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 30 | |

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. | |
|---|---|---|---|---|---|---|
| UNITED STATES | | | vs. | BAAKI ABDUL MAJEED | | 5: 19-CR-139-DCR-2 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
|---|---|---|---|---|---|---|
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28pp | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 41 | |
| 28rr | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 43 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28ww | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 48 | |
| 1a | | 10/21/20 | X | X | Summary Chart of Transactions between defendants and victim | |
| 1c | | 10/21/20 | X | X | Summary Chart of Transactions between defendants and victim | |
| 6a | | 10/21/20 | X | X | FedEx Records 4-22-17 shipment from Victim A to Mujeeb | |
| 6b | | 10/21/20 | X | X | FedEx Records 4-27-17 shipment from Victim A to Mujeeb | |
| 6c | | 10/21/20 | X | X | FedEx Records 5-1-17 shipment from Victim A to Mujeeb | |
| 6d | | 10/21/20 | X | X | FedEx Records 5-25-17 shipment from Mujeeb to Mujeeb | |
| 6e | | 10/21/20 | X | X | FedEx Records 5-31-17 shipment from Victim A to Mujeeb | |
| 6f | | 10/21/20 | X | X | FedEx Records 5-31-17 shipment from Victim A to Inkoom | |
| 6g | | 10/21/20 | X | X | FedEx Records 8-22-17 shipment from Victim A to All Green Global | |
| 6h | | 10/21/20 | X | X | FedEx Records 8-25-17 shipment from Victim A to All Green Global | |
| 6i | | 10/21/20 | X | X | FedEx Records 9-5-17 shipment from Victim A to All Green Global | |
| 16a | | 10/21/20 | X | X | Signature cards Majeed's bank records -- US Bank (x0269) | |
| 16b | | 10/21/20 | X | X | Check #27975725 to Majeed 4/22/17 for $50,000 (x0269) | |
| 16c | | 10/21/20 | X | X | Account monthly statement for the period 4/20/17 - 5/17/17 (x0269) | |
| 16d | | 10/21/20 | X | X | Check #0193 to Kahad Wuupini (*6323) 5/23/17 for $15,062 (x0269) | |
| 16e | | 10/21/20 | X | X | Check #0194 to Kahad Wuupini (*8777) 5/30/17 for $15,062 (x0269) | |
| 16f | | 10/21/20 | X | X | Check #28143970 to Majeed 5/31/17 for $34,500 (x0269) | |
| 16g | | 10/21/20 | X | X | Account monthly statement for the period 5/18/17 through 6/19/17 (x0269) | |
| 16h | | 10/21/20 | X | X | Check #6033 to Majeed 8/9/17 for $15,000 (x0269) | |
| 16i | | 10/21/20 | X | X | Check #6039 to Majeed 8/9/17 for $15,000 (x0269) | |
| 16j | | 10/21/20 | X | X | Account monthly statement for the period 7/21/17 through 8/17/17 (x0269) | |

AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| UNITED STATES | | vs. | BAAKI ABDUL MAJEED | | 5: 19-CR-139-DCR-2 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES                    Court Rulings: |
|---|---|---|---|---|---|
| 16k | | 10/21/20 | X | X | Cashier's Check to Muhammed Amin 8/28/17 for $6,000 (x0269) |
| 16l | | 10/21/20 | X | X | Cashier's Check to Copart 8/28/17 for $6,000 (x0269) |
| 16m | | 10/21/20 | X | X | Cashier's Check to Copart 8/30/17 for $8,500 (x0269) |
| 16n | | 10/21/20 | X | X | Account monthly statement for the period 8/18/17 through 9/20/17 (x0269) |
| 16o | | 10/21/20 | X | X | Account monthly statement for the period 9/21/17 through 10/19/17 (x0269) |
| 16p | | 10/21/20 | X | X | Account monthly statement for the period 11/18/17 through 12/19/17 (x0269) |
| 16q | | 10/21/20 | X | X | Account monthly statement for the period 12/20/17 through 1/19/18 (x0269) |
| 17a | | 10/21/20 | X | X | Signature card - Majeed's Bank Records - U.S. Bank (x4796) |
| 17b | | 10/21/20 | X | X | Check #27993100 to Majeed 4/27/17 for $61,500 (x4796) |
| 17c | | 10/21/20 | X | X | Account monthly statement for the period 4/20/17 through 5/17/17 (x4796) |
| 17d | | 10/21/20 | X | X | Cashier's Check #3425520107 to Empire Exotic Motors, Inc. 5/9/17 for $61,000(x4796) |
| 17e | | 10/21/20 | X | X | Check #28123330 to Majeed 5/25/17 for $95,000 (x4796) |
| 17f | | 10/21/20 | X | X | Account monthly statement for the period 5/18/17 through 6/19/17 (x4796) |
| 17g | | 10/21/20 | X | X | International Wire to Yahaya Kubura (*6565) 6/8/17 for $30,026 (x4796) |
| 17h | | 10/21/20 | X | X | International Wire to Abdul Majeed Abdul Rafic (*3230) 6/13/17 for $30,000 |
| 17i | | 10/21/20 | X | X | Account monthly statement for the period 6/20/17 through 7/20/17 (x4796) |
| 17j | | 10/21/20 | X | X | Cashier's Check 3425520380 to Bradas 6/25/17 for $4,700 (x4796) |
| 17k | | 10/21/20 | X | X | Cashier's Check 3425520521 to Showcase 7/17/17 for $28,500 (x4796) |
| 17l | | 10/21/20 | X | X | Account monthly statement for the period 7/21/17 through 8/17/17 (x4796) |
| 17m | | 10/21/20 | X | X | Account monthly statement for the period 8/18/17 through 9/20/17 (x4796) |
| 17o | | 10/21/20 | X | X | Account monthly statement for the period 9/21/17 through 10/19/17 (x4796) |
| 17p | | 10/21/20 | X | X | Account monthly statement for the period 10/20/17 through 11/17/17 (x4796) |
| 17q | | 10/21/20 | X | X | Account monthly statement for the period 11/18/17 through 12/19/17 (x4796) |
| 17r | | 10/21/20 | X | X | Wire to Rafic 9/6/17 for $18,531 (x4796) |
| 17s | | 10/21/20 | X | X | Wire to Rafic 12/22/17 for $18,905 (x4796) |
| 17t | | 10/21/20 | X | X | Account monthly statement for the period 12/20/17 to 1/19/18 (x4796) |

✎AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. | |
|---|---|---|---|---|---|---|
| UNITED STATES | | | vs. | BAAKI ABDUL MAJEED | 5: 19-CR-139-DCR-2 | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| 18a | | 10/21/20 | X | X | Signature cards/acct opening documents Majeed Bank records US Bank (x8593) | |
| 18b | | 10/21/20 | X | X | Check #884512671 to All Green Global 8/22/17 for $20,000 (x8593) | |
| 18c | | 10/21/20 | X | X | Check #884512691 to All Green Global 8/25/17 for $40,000 (x8593) | |
| 18d | | 10/21/20 | X | X | Account monthly statement for August 2017 x(8593) | |
| 18e | | 10/21/20 | X | X | Check #884512738 to All Green Global 9/5/17 for $37,000 (x8593) | |
| 18f | | 10/21/20 | X | X | Wire to Rafic 10/10/17 for $25,752 (x8593) | |
| 18g | | 10/21/20 | X | X | Account monthly statement for September 2017 (x8593) | |
| 18h | | 10/21/20 | X | X | Account monthly statement for October 2017 (x8593) | |
| 18i | | 10/21/20 | X | X | Account monthly statement for November 2017 (x8593) | |
| 18j | | 10/21/20 | X | X | Account monthly statement for December 2017 (x8593) | |
| 18k | | 10/21/20 | X | X | Surveillance stills (x8593) | |
| 28u | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 21 | |
| 28cc | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 29 | |
| 28ee | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 31 | |
| 28ff | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 32 | |
| 28ll | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 37 | |
| 10c | | 10/21/20 | X | X | Identification document - License for Majeed | |
| 12 | | 10/21/20 | X | X | Redbook | |
| 28tt | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 45 | |
| 13a | | 10/21/20 | X | X | Subscriber information for mrbaaki@yahoo.com Yahoo Records for Mrbaaki | |
| 13b | | 10/21/20 | X | X | Majeed email with photos Yahoo Records for Mrbaaki | |
| 8b | | 10/21/20 | X | X | 2017 tax return for Majeed | |
| 1c | | 10/21/20 | X | X | Majeed Summary Chart of Transactions | (begin cross-exam) |
| 3 | | 10/21/20 | X | X | Text with "Nehmer" from Victim A's phone | |
| 28tt | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 45 | |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28a | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 1 | |

✎AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. | |
|---|---|---|---|---|---|---|
| UNITED STATES | | | vs. | BAAKI ABDUL MAJEED | | 5: 19-CR-139-DCR-2 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| 5 | | 10/21/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 28u | | 10/21/20 | X | X | Majeed WhatsApp with Kahad Chat 21 | |
| **W3** | | **10/22/20** | | | **Chris Darmand – Forensic Accountant for FBI** | |
| 28a | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 1 | |
| 28b | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 2 | |
| 28c | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 3 | |
| 28d | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 4 | |
| 28e | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 5 | |
| 28f | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 6 | |
| 28g | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 7 | |
| 28j | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 10 | |
| 28l | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 12 | |
| 28n | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 14 | |
| | 1 | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 14 (Plf Exhibit 28n) | |
| | 2 | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 15 (Plf Exhibit 28o) | |
| | 3 | 10/22/20 | X | X | Majeed WhatsApp with Ability Chat 1 (Plf Exhibit 26a) | |
| | 4 | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 16 (Plf Exhibit 28p) | |
| | 5 | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 17 (Plf Exhibit 28q) | |
| 28hh | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 34 | |
| 28nn | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 39 | |
| 12 | | 10/22/20 | X | X | Redbook | |
| 28d | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 4          (re-direct) | |
| 6a | | 10/22/20 | X | X | FedEx Records 4-22-17 shipment from Victim A to Mujeeb | |
| 28a | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 1 | |
| 28f | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 6 | |
| 28jj | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 35 | |
| 5 | | 10/22/20 | X | X | Google Chats from "Nehmer" Search Warrant | |

AO 187A (Rev. 7/87)                  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. | |
|---|---|---|---|---|---|---|
| UNITED STATES | | | vs. | BAAKI ABDUL MAJEED | | 5: 19-CR-139-DCR-2 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| 28o | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 15 | |
| 28p | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 16 | |
| 28q | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 17 | |
| 26a | | 10/22/20 | X | X | Majeed WhatsApp with Ability Chat 1 | |
| 18d | | 10/22/20 | X | X | Account monthly statement for August 2017 Majeed's US Bank records (x8593) | |
| 5 | | 10/22/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant (re-cross) | |
| **W4** | | **10/22/20** | | | **Ernest Gyeatuo - FBI linguistics group** | |
| 28d | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 4 | |
| 28c | | 10/22/20 | X | X | Majeed WhatsApp with Kahad Chat 3 | |
| **W5** | | **10/22/20** | | | **Emma Allen** | |
| 4a | | 10/22/20 | X | X | Email exchange between Victim A and FBI Agent Joe Mounts | |
| 2 | | 10/22/20 | X | X | Extract of "Nehmer" Facebook Profile & Photos | |
| 5 | | 10/22/20 | X | X | Google Hangout chats from "Nehmer" Search Warrant | |
| 4 | | 10/22/20 | X | X | Documents received from Victim A to FBI | |
| 30A | | 10/22/20 | X | X | Stipulations to the Jury | |

Page 7 of 7 Pages